Summons in a Civil Action

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MICHAEL BROWN,

    PLAINTIFF,

V.                                                  **SUMMONS IN A CIVIL ACTION**

MAXIMUM EFFICIENCY
SQUARED, LLC, d/b/a
Bullock County Hospital,                 Case Number: 2:07CV889-mef

    DEFENDANT.

TO:    Maximum Efficiency Squared, LLC
        d/b/a Bullock County Hospital
        c/o Vicki Lawrenson
        Agent for Service of Process
        5950 Carmichael Place, Suite 100
        Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

        David R. Arendall
        Allen D. Arnold
        Arendall & Associates
        2018 Morris Avenue, Third Floor
        Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                        10/4/07
CLERK                                                             DATE

*Von Austin*
(By) DEPUTY CLERK