| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cantrell_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>10-5-07 |
| 1. Article Addressed to:<br><br>Maximum Efficiency Squared, LLC<br>d/b/a Bullock County Hospital<br>c/o Vicki Lawrenson<br>Agent for Service of Process<br>5950 Carmichael Place, Suite 100<br>Montgomery, AL 36117 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07CV889<br>S+C | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0002 6128 7425 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540