IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN,**

**Plaintiff,**  Civil Action No. 27-CV-00889-MEF

**v.**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
d/b/a Bullock County Hospital

**Defendant.**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through his attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: This party is an individual.

Dated: November 2, 2007.

/s/ David R. Arendall
_____
David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203

205.252.1550 – Office; 205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that on November 2, 2007, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing which will forward a copy to the attorney for the Defendant, M. Jefferson Starling, III.

/s/ David R. Arendall

_____

Of Counsel