IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN,**

**PLAINTIFF,**

V.                             CIVIL ACTION NO. 2:07-CV-889-MEF

**MAXIMUM EFFICIENCY SQUARED, LLC,**
d/b/a Bullock County Hospital,

**DEFENDANT.**

## FIRST NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A): Carold Battle and Judy Davis.

Respectfully submitted,

/s/ David R. Arendall
_____
David R. Arendall
Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

1

## CERTIFICATE OF SERVICE

  I hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  M. Jefferson Starling, III

            /s/ David R. Arendall

            Of Counsel

# EXHIBIT A

# TO

# PLAINTIFF'S

# NOTICE OF

# FILING OF

# CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, CAROLd BAttle, a current or former employee of Bullock County Hospital. hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 10/1/07

Carold Battle
Signature

CAROLd BAttle
Print Name

24796 Hwy 82 East
Address (Required)

Union Springs Ala 36089
City, State and Zip Code

334-738-2313
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

334-758-2057
Mobile Phone – include area code

_____
E-mail Address

# CONSENT TO BECOME A PARTY PLAINTIFF

I, _Judy Davis_, a current or former employee of Bullock County Hospital. hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital_, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 10-8-07

Signature: _Judy Davis_

Print Name: Davis, Judy

Address (Required): P.O. Box 5808

City, State and Zip Code: Union Springs, Ala. 36089

Day Phone no. – Include area code (Required): 334-738-5625 ext. 121

Evening phone no. – Include area code (Required): 334-738-2604 H.

Mobile Phone – include area code:

E-mail Address: mim-jdavis@yahoo.com