IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL BROWN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:07-CV-889-MEF** |
| **MAXIMUM EFFICIENCY SQUARED,** ) | |
| **LLC, d/b/a Bullock County Hospital,** ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

Maximum Efficiency Squared, LLC, a Defendant in the above-captioned matter, in accordance with the Order of this court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

/s/ Daniel E. Harrell
One of the Attorneys For Defendant,
Maximum Efficiency Squared, LLC

**OF COUNSEL:**

M. Jefferson Starling, III
Christopher T. Terrell
Daniel E. Harrell
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

939314.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 6th day of November, 2007:

David R. Arendall
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203
(205) 252-1550
(205) 252-1556 Fax

                                                Respectfully submitted,

                                                /s/ Daniel E. Harrell
                                                One of the Attorneys for Defendant, Maximum Efficiency Square, LLC

BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

939314.1

2