# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**MICHAEL BROWN,**

**Plaintiff,**                                    **Civil Action No. 07-CV-00889-MEF**

**v.**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
**d/b/a Bullock County Hospital**

**Defendant.**

## MOTION FOR LEAVE TO FILE CONSENTS

COMES NOW the Plaintiff, by and through his counsel of record in the above-styled cause, and moves this Honorable Court for leave to file consents of potential opt-in Plaintiffs prior to the Plaintiff's filing of his Motion for Class Certification.  Plaintiff shows unto this Court the following:

1.     Plaintiff filed his Complaint in this action on October 4, 2007.

2.     Plaintiff claims in his Complaint that the Defendant failed to comply with the provisions of the FLSA.

3.     Plaintiff filed this action as an opt-in collection action.

4.     An Answer to the Complaint has been filed by the Defendant.

5.     Plaintiff seeks for this Court leave to allow him to file consents of individuals who wish to become opt-in party plaintiffs prior to the filing of his

1

Motion for Class Certification and Brief in support thereof in this matter.

6.    The Defendant in this matter will not be prejudiced by the filing of the consents in this case prior to the filing of the Plaintiff's Motion for Class Certification in this action.

NOW THEREFORE, Plaintiff moves this Honorable Court for leave to file Consents of potential opt-in Plaintiffs prior to his filing of his Motion for Class Certification in this matter.

/s/ David R. Arendall
_____
David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that on November 6, 2007, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing which will forward a copy to the attorney for the Defendant, M. Jefferson Starling, III.

/s/ David R. Arendall
_____
Of Counsel