IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-889-MEF |
| ) | |
| MAXIMUM EFFICIENCY SQUARED, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Consents (Doc. #10) filed on November 6, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before November 26, 2007 as to why the motion should not be granted.

DONE this the 14th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE