# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**MICHAEL BROWN,**

**Plaintiff,**  Civil Action No. 07-CV-00889-MEF

**v.**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
d/b/a Bullock County Hospital,

**Defendant.**

## MOTION FOR LEAVE TO REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE CONSENTS

COMES NOW, the Plaintiff, by and through undersigned counsel, and moves this Court to allow for a brief response to Defendant's Opposition to Plaintiff's Motion for Leave to file consents:

1. Plaintiff filed its motion to submit opt-in plaintiff's for the potential class under § 216(b) of the FLSA.

2. The Court rendered a "Show Cause" Order to the Defendant to explain why said motion should not be granted.

3. Defendant filed an opposition to Plaintiff's motion stating an erroneous standard for opt-in consent plaintiffs pursuant to Rule 20 and erroneous relying on *Grayson v. K-Mart Corp.*, 79 F.3d 1086, 1097 (11th Cir. 1996).

1

WHEREFORE, Premises Considered, Plaintiff moves this Court to allow a brief reply to Defendant's opposition to Plaintiff's Motion for Leave to File Consents in the above styled matter.

        Respectfully submitted,

        /s/ David R. Arendall
        _____
        David R. Arendall
        Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I certify that on November 29, 2007, I filed the foregoing with the Clerk of this Court using the CM/ECF system which will forward a copy to M. Jefferson Starling, III, attorney for the Defendant.

        /s/ David R. Arendall
        _____
        Of Counsel