IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-889-MEF |
| ) | |
| MAXIMUM EFFICIENCY SQUARED, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Reply to Defendant's Response in Opposition of Plaintiff's Motion for Leave to File Consents (Doc. #13) filed on November 29, 2007, it is hereby

ORDERED that the motion is GRANTED to and including December 7, 2007.

DONE this the 30th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE