IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-889-MEF |
| | ) |
| MAXIMUM EFFICIENCY | ) |
| SQUARED, LLC, d/b/a Bullock | ) |
| County Hospital, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Consents (Doc. # 10), it is hereby ORDERED as follows:

(1) The motion is DENIED.

(2) Plaintiff may file a Motion to Conditionally Certify Collective Action and to Authorize Notice to Similarly Situated Employees on or before January 24, 2008. If Plaintiff files this motion, Defendant shall file a response on or before February 7, 2008, and Plaintiff may file a reply on or before February 14, 2008. After the Court rules on this motion, it will conduct a Rule 16 scheduling conference.

Done on this the 13th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE