IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL BROWN,

    PLAINTIFF,

V.                CIVIL ACTION NO.:  07-CV-00889-MEF

MAXIMUM EFFICIENCY SQUARED, LLC
d/b/a Bullock County Hospital,

    DEFENDANT.

**PLAINTIFFS' SUPPLEMENTAL EVIDENTIARY SUBMISSIONS
TO THEIR BRIEF IN SUPPORT OF
MOTION FOR CONDITIONAL CLASS CERTIFICATION AND
TO FACILITATE COURT-APPROVED NOTICE UNDER 29 U.S.C. §216(b)**

Plaintiffs file the following supplemental evidentiary submissions to their Brief in support of their Motion for Conditional Class Certification.

| No. | Description |
|-----|-------------|
| 6   | Consent of Marcia Banks |
| 7   | Declaration of Marcia Banks |

                        Respectfully submitted,

                        /s/ David R. Arendall
                        _____
                        David R. Arendall
                        Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
205.252.1550 – Office; 205.252.1556 – Facsimile

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:   M. Jefferson Starling III, Esq.

                                         /s/ David R. Arendall
                                         _____
                                         Of Counsel

# PLAINTIFF'S SUPPLEMENTAL

# EVIDENTIARY SUBMISSION 6

## CONSENT TO BECOME A PARTY PLAINTIFF

I, BANKS MARCIA, a current or former employee of Bullock County Hospital, hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 29/1/08

Signature: [signed]

Print Name: MARCIA BANKS

Address (Required): 52 October Street

City, State and Zip Code: Union Springs, AL 36089

Day Phone no. – Include area code (Required): 334 738 2309

Evening phone no. – Include area code (Required):

Mobile Phone – include area code:

E-mail Address: CMU1@yahoo.com

# PLAINTIFF'S SUPPLEMENTAL

# EVIDENTIARY SUBMISSION 7

## **DECLARATION OF MARCIA BANKS**

1. My name is Marcia Banks. I am over the age of 19 years. I reside in Union Springs, Alabama.

2. I worked for Bullock County Hospital (Bullock), November of 2005 until January, 7, 2008.

3. I was employed as a Unit Clerk.

4. My rate of pay at the time I resigned from Bullock was approximately $7.40 per hour.

5. At all times while employed with Bullock, I was classified as a non-exempt, hourly paid employee.

6. At the time I worked for Bullock, I was rarely allowed to take my full 30 minutes per day for lunch due to my job duties.

7. Bullock deducted from my pay 30 minutes per day for my lunch regardless of whether I actually took the full time or if I took only a portion of the time for my lunch. Seldom did I take a full lunch or even lunch at all because we were short-handed or my heavy workload to leave my station.

8. For all the time I worked for Bullock during lunch, I was not paid by Bullock.

9. Further, there were many times when I would begin my work for Bullock before my shift actually began. I also continued to work after my shift ended because of the work load and because of short staffing. I was not paid for this time worked.

I declare under penalty of perjury that the above is true and correct.

Executed this ___29/1/06___ (date).

_____
Marcia Banks