# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**MICHAEL BROWN,**
**CAROLD BATTLE, and  JUDY DAVIS**

  **Plaintiffs,**     **Civil Action No. 07-cv-00889-MEF**

**v.**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
**d/b/a Bullock County Hospital**

  **Defendant.**

## PARTIAL MOTION TO DISMISS

COMES NOW the Plaintiff by and through undersigned Counsel, and move this Honorable Court to dismiss the following counts of his Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2).

1. Plaintiff filed his Complaint on October 4, 2007, alleging violations of the Fair Labor Standards Act, 42 U.S.C. § 1981, and record keeping.  (Doc. 1).

2. Plaintiff's Complaint alleged race discrimination, retaliation, and pursuant to 42 U.S.C. § 1981, and record keeping  in Counts Three,  Four,  and Five of his original Complaint (Doc.1).

3. Plaintiff moves this Honorable Court to dismiss his claims of record keeping violations (Count Three), race discrimination (Court Four) and retaliation (Count Five) of his original Complaint without prejudice.

1

4.    Defendant has not filed a counterclaim in this case and therefore is not prejudiced by the dismissal.

WHEREFORE PREMISES CONSIDERED, Plaintiff moves this Honorable Court to Dismiss Plaintiff''s Count Three regarding record keeping violations, Count Four regarding race discrimination and Count Five regarding retaliation under 42 U.S.C. § 1981 in his original Complaint.

Respectfully submitted,

/s/ David R. Arendall

_____

David R. Arendall
Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:    M. Jefferson Starling, III

/s/ David R. Arendall

_____

Of Counsel

2