IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL BROWN,
CAROLD BATTLE, and JUDY DAVIS

    Plaintiffs,               Civil Action No. 07-cv-00889-MEF

v.

MAXIMUM EFFICIENCY SQUARED, LLC,
d/b/a Bullock County Hospital

**Defendant.**                                    **OPPOSED**

**PLAINTIFFS' MOTION TO TOLL THE STATUTE OF LIMITATIONS**

COMES NOW, the Plaintiffs by and through undersigned counsel, and moves this Honorable Court to toll the statute of limitations on behalf of all potential consenting "opt-in" plaintiffs and presents in support as follows:

1. Plaintiffs filed their motion for Conditional Class Certification and to Facilitate Court Approved Notice under 29 U.S.C. § 216(b) on January 24, 2008 (See Docs. 18, 18-2, 18-3, 18-4, 19).

2. Defendant filed its opposition to Plaintiff's Motion on February 14, 2008. (Doc. 26, 26-2).

3. Plaintiff filed a Reply Brief on February 21, 2008. (Doc. 29, 29-2).

4. Because several weeks will go by during the briefing schedule and

1

then what time the Court needs to consider Plaintiffs' Motion, time will be potentially lost to opt-in Plaintiffs for back pay and liquidated damages. Should the Court grant Plaintiffs' Motion because of the FLSA's moving statute of limitations, Plaintiffs request that this Court toll that statute from this point forward.

5. While confident with their filings, Plaintiffs do not presume that the Court will grant Plaintiffs' Motion, however, in the interest of the potential class Plaintiffs seek to represent, Plaintiffs request that this Court toll the statute of limitations from the date of the filing of this Motion should the Court grant Plaintiffs' Motion.

WHEREFORE, Premises Considered, Plaintiff requests this Honorable Court toll the statute of limitations for all opt-in plaintiffs who consent to join the lawsuit should the Court grant Plaintiff's Motion for Conditional Class Certification.

                                  Respectfully submitted,

                                  /s/ David R. Arendall
                                  _____
                                  David R. Arendall
                                  Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
(205) 252-1550 – Phone
(205) 252-1556 -- Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

      /s/ David R. Arendall
      _____
      Of Counsel

3