**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Brown v. Maximum Efficiency Squared, LLC

**Case Number:** 2:07-cv-00889-MEF

**Referenced Pleading: Response to Order/Joint Submission Proposed Notice of Right to Opt-In to Lawsuit    - Doc. 38**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-889-MEF |
| MAXIMUM EFFICIENCY ) | |
| SQUARED, LLC, d/b/a Bullock ) | |
| County Hospital, ) | |
| ) | |
| Defendant. | |

**JOINT SUBMISSION OF PROPOSED NOTICE OF RIGHT TO OPT-IN TO LAWSUIT**

Pursuant to the Order of this Court (Doc. 37), the parties respectfully request that the Court adopt the attached proposed Notice of Right to Opt-In to Lawsuit.

Respectfully submitted this the 9th day of May, 2008.

/s/ David R. Arendall
David R. Arendall
One of the Attorneys for Plaintiffs

/s/ M. Jefferson Starling, III
M. Jefferson Starling, III
One of the Attorneys for Defendant

972010.1