IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-889-MEF |
| | ) |
| MAXIMUM EFFICIENCY | ) |
| SQUARED, LLC, d/b/a Bullock | ) |
| County Hospital, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

The proposed notice submitted by the parties is approved and may be sent to potential opt-in Plaintiffs. Furthermore, it is hereby ORDERED as follows:

(1) Plaintiffs shall mail the Notice to the class of potential opt-in Plaintiffs conditionally certified on or before May 26, 2008.

(2) Plaintiffs shall file all Consents to Become Party Plaintiffs in this lawsuit within sixty (60) days of the Notice being mailed to the class of potential opt-in Plaintiffs conditionally certified.

Done this the 13th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE