IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-889-MEF |
| ) | |
| MAXIMUM EFFICIENCY ) | |
| SQUARED, LLC, d/b/a Bullock ) | |
| County Hospital, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

The Order (Doc. # 40) is amended as follows:

(1)   Plaintiffs shall mail the Notice to the class of potential opt-in Plaintiffs conditionally certified on or before May 26, 2008.

(2)   Plaintiffs shall file all Consents to Become Party Plaintiffs in this lawsuit on or before August 29, 2008.

Done this the 14th day of May, 2008.

                                                        /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE