IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BROWN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-889-MEF |
| | ) |
| MAXIMUM EFFICIENCY SQUARED, LLC, d/b/a Bullock County Hospital, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This cause is before the Court on Plaintiffs' Motion to Toll the Statute of Limitations (Doc. # 32). Under the Fair Labor Standards Act, the statute of limitations period for each opt-in plaintiff runs until that opt-in plaintiff files a consent with the court. 29 U.S.C. § 256.

In this case, Plaintiffs ask the Court to toll the statute of limitations from the point that Plaintiffs filed their Motion for Conditional Class Certification until the potential class members receive notice of this action. However, Congress did not provide for, and case law does not support, such tolling. *Groshek v. Babcock & Wilcox Tubular Prods Div.*, 425 F. Supp. 232 (E.D. Wis. 1977); *Quintanilla v. A & R Demolition Inc.*, 2006 WL 1663739 (S.D. Tex. June 13, 2006).

Accordingly, it is hereby

ORDERED that Plaintiffs' Motion to Toll the Statute of Limitations (Doc. # 32) is DENIED.

Done this the 19th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE