## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

**V.**                                    **CIVIL ACTION NO. 2:07-CV-889-MEF**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
**d/b/a Bullock County Hospital,**

**DEFENDANT.**


## FIRST NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following

individual as  opt-in Plaintiffs in this action (Exhibit A):

| | | |
|---|---|---|
| Tommy L. Baker | Brittany L. Glaze | Lori A. McCray |
| Catherine H. Baldwin | Andrea Harris | Nagatha L. M. Monday |
| Gretta Calloway | Eugene P. Jackson | Johnnie Mae Munn |
| Dorothy A. Curry | Bobbie S. Jenkins | Linda A. Osborne |
| Vernon B. Day | Clarence Johnson | Morris Smith |
| Dontranice S. Ervin | Nettie C. Jones | |
| Lovelly Evans | Ardangel Kendrick | |
| LaShon M. Foster | Ruby W. Mabson | |

Respectfully submitted,

/s/ David R. Arendall

_____

David R. Arendall

1

Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

2

# EXHIBIT A TO
# PLAINTIFF'S FIRST NOTICE
# OF FILING OF CONSENTS

Tommy L. Baker
Catherine H. Baldwin
Gretta Calloway
Dorothy A. Curry
Vernon B. Day
Dontranice S. Ervin
Lovelly Evans
LaShon M. Foster
Brittany L. Glaze
Andrea Harris
Eugene P. Jackson
Bobbie S. Jenkins
Clarence Johnson
Nettie C. Jones
Ardangel Kendrick
Ruby W. Mabson
Lori A. McCray
Nagatha L. M. Monday
Johnnie Mae Munn
Linda A. Osborne
Morris Smith

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Tommy L Baker_, a current or former employee of Maximum

Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to

become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated

damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et*

*seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock

County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _5/22/08_.

_Tommy L Baker_
Signature

_Tommy L Baker_
Print Name

_106 South Prairie St._
Address (Required)

_Union Springs, AL 36089_
City, State and Zip Code

_(334) 738-3422_
Day Phone no. – Include area code (Required)

_(334) 738-3422_
Evening phone no. – Include area code (Required)

_(334) 452-6301_
Mobile Phone – include area code

_____
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Catherine H. Baldwin_____, a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5-28-08_____.

_Catherine H. Baldwin_____
Signature

_Catherine H. Baldwin_____
Print Name

_870 County Road 72_____
Address (Required)

_Union Springs, Al. 36089_____
City, State and Zip Code

_334-738-3970_____
Day Phone no. – Include area code (Required)

_334-584-7329_____
Evening phone no. – Include area code (Required)

_334-421-0577_____
Mobile Phone – include area code

_____
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Hretta Calloway_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5|22|08_ .

_Hretta Calloway_
Signature

_Gretta Calloway_
Print Name

_107 Pecan Ln_
Address (Required)

_Union Springs, AL. 36089_
City, State and Zip Code

_(334) 738-3647_
Day Phone no. – Include area code (Required)

_Same_
Evening phone no. – Include area code (Required)

_(334) 703-3789_
Mobile Phone – include area code

_____
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Dorothy A. Curry_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5/28/08_.

_Dorothy A. Curry_
Signature

_DOROTHY A. CURRY_
Print Name

_24 Meadow St. Po Box 27_
Address (Required)

_Midway, Al. 36053_
City, State and Zip Code

_334-529-3455_
_334-202-3566_
Day Phone no. – Include area code (Required)

_Same_
Evening phone no. – Include area code (Required)

_7_
Mobile Phone – include area code

_N/A_
E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, ___Vernon B. Day___, a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: ___0 5 - 25 - 08___ .

___Vernon B. Day___
Signature

___Vernon B. Day___
Print Name

___P. O. Box 5033    212 Levy St___
Address (Required)

___Union Spring's Ala. 36089___
City, State and Zip Code

___334- 738-4461___     ___334- 738-4461___
Day  Phone no. – Include area code (Required)     Evening phone no. – Include area code (Required)

_____     _____
Mobile Phone – include area code     E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _Dontranice Skepper Ervin_ , a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5/22/08_ .

_____
Signature

_Dontranice  S. Ervin_
Print Name

_104 Fox Terrace_
Address (Required)

_Tuskegee Al 36083_
City, State and Zip Code

_334-727-6217_
Day  Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_334 421-1988_
Mobile Phone – include area code

_ervin.dontranice@lee.k12.al.us_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _____, a current or former employee of Maximum

Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to

become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated

damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et*

*seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock

County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _05, 29.08_____.

_____
Signature

_Lovelly Evans_____
Print Name

_P.O. Box 5101_____
Address (Required)

_Un Spg Al 36089_____
City, State and Zip Code

_334 725 2681_____    _334 738 8415_____
Day Phone no. – Include area code (Required)    Evening phone no. – Include area code (Required)

_334 224 1780_____    _Lovelly.Evans @ VA.gov_
Mobile Phone – include area code    E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _LaShon M. Foster_ , a current or former employee of Maximum

Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to

become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated

damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 _et_

_seq_., and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock

County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _5/27/08_ .

_LaShon M. Foster_
Signature

_LaShonMFoster_
Print Name

_2667 Boykin Place_
Address (Required)

_Montgomery, AL 36117_
City, State and Zip Code

_334-318-9785_
Day  Phone no. – Include area code (Required)

_334-356-3079_
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_LaShonfoster@yahoo.com_
E-mail Address

_Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital_

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Brittany L. Glaze_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 _et seq._, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _05-24-08_ .

_Brittany L. Glaze_
Signature

_Brittany L. Glaze_
Print Name

_724 Pittman Drive_
Address (Required)

_Union Springs, AL 36089_
City, State and Zip Code

_(334) 738-2977_
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_(334) 621-0813_
Mobile Phone – include area code

_brittanylglaze2005@yahoo.com_
E-mail Address

_Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital_

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Andrea Henro_, a current or former employee of Maximum

Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to

become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated

damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et*

*seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock

County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _____.

_Andrea Harris_
Signature

_Andrea Harris_
Print Name

_Lot 9 Gibson Circle P O Box 581_
Address (Required)

_Union Springs Al 36089_
City, State and Zip Code

_334-738-5860_
Day  Phone no. – Include area code (Required)

_334- 738 25 = 7804_
Evening phone no. – Include area code (Required)

_834-783-9496_
Mobile Phone – include area code

_____
E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Eugene P. Jackson_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5-27-08_ .

_Eugene P. Jackson_
Signature

_Eugene P. Jackson_
Print Name

_P.O. Box 562_
Address (Required)

_Union Springs, AL  36089_
City, State and Zip Code

_334-738-2446_                           _334-738-2446_
Day  Phone no. – Include area code (Required)      Evening phone no. – Include area code (Required)

_334-202-7139_
Mobile Phone – include area code                   E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Bobbie S. Jenkins_ , a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5-27-2008_ .

_Bobbie S. Jenkins_
Signature

_Bobbie S. Jenkins_
Print Name

_1236 Dunford Avenue_
Address (Required)

_Auburn, Al 36832_
City, State and Zip Code

_(334) 318-4606_
Day Phone no. – Include area code (Required)

_(334) 740-2459_
Evening phone no. – Include area code (Required)

_Same_
Mobile Phone – include area code

_Jbobbie 30@ yahoo.com_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Clarence Johnson_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _May 27, 2008_.

_Clarence Johnson_
Signature

_Clarence Johnson_
Print Name

_221-B L'Overture Circle, Tuskegee, Al. 36083_
Address (Required)

_____
City, State and Zip Code

_334-332-1996_
Day Phone no. – Include area code (Required)

_Same_
Evening phone no. – Include area code (Required)

_Same_
Mobile Phone – include area code

_None_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Nettie C. Jones_ , a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5/27/08_ .

_Nettie C. Jones_
Signature

_Nettie C. Jones_
Print Name

_202  m. Ave._
Address (Required)

_Union Springs, Alabama 36089_
City, State and Zip Code

_334-738-4527_
Day  Phone no. – Include area code (Required)

_334-738-2762_
_334-202-2720 cell_
Evening phone no. – Include area code (Required)

_334-202-2720 cell_
Mobile Phone – include area code

_no_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Ardangel Kendrick_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5/23/08_

_Ardangel Kendrick_
Signature

_ARDANGEL KENDRICK_
Print Name

_810 Peachburg Rd_
Address (Required)

_Union Springs Alabama_
City, State and Zip Code

_334-738-3683_
Day Phone no. – Include area code (Required)

_334-421-0765_
Evening phone no. – Include area code (Required)

_334-421-8157_
Mobile Phone – include area code

_334-318-9597_

_____
E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Ruby W. Mabson_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5 - 23 - 08_

_Ruby W. Mabson_
Signature

_RuBy W. MABSON_
Print Name

_405 C Street OR P.O. Box 502_
Address (Required)

_UNION SPRINGS, ALA. 36089_
City, State and Zip Code

_(334) 738-2294_                  _(334) 738-2294_
Day Phone no. – Include area code (Required)    Evening phone no. – Include area code (Required)

_____          _____
Mobile Phone – include area code          E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Lori A. McCray_, a current or former employee of Maximum

Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to

become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated

damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et*

*seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock

County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _5/27/08_

_Lori A. McCray_
Signature

_Lori A. McCray_
Print Name

_17941 Hwy. #82, Union Springs, Al. 36089_
Address (Required)

_Union Springs, Al. 36089_
City, State and Zip Code

_(334) 738-5449_
Day  Phone no. – Include area code (Required)

_(334) 339-1576_
Evening phone no. – Include area code (Required)

_(334) 339-1574_
Mobile Phone – include area code

_lori.mccray16@yahoo.com_
E-mail Address

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _Nagatha L. M. Monday_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 _et seq._, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _24 May 08_                      .

_Nagatha Monda_
Signature

_Nagatha Monday_
Print Name

_1359 Cty Rd 7_
Address (Required)

_Fitzpatrick, Al 36029_
City, State and Zip Code

_(334) 738-4760_
Day Phone no. – Include area code (Required)

_(334) 738-5702_
Evening phone no. – Include area code (Required)

_(334) 782-1495_
Mobile Phone – include area code

_Im_dat_gurl21@yahoo.com_
E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _____, a current or former employee of Maximum

Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to

become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated

damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et*

*seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock

County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _May  23, 2008_ .

_Johnnie Mae Munn_
Signature

_Johnnie Mae Munn_
Print Name

_7738 County Road 154_
Address (Required)

_Union Springs Alabama 36089_
City, State and Zip Code

_334-474-3782_
Day  Phone no. – Include area code (Required)

_334-738-1469_
Evening phone no. – Include area code (Required)

_N/A_
Mobile Phone – include area code

_N/A_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, ___Linda A. Osborne___ , a current or former employee of Maximum Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: ___5|23|08___ .

___Linda A. Osborne___
Signature

___Linda A. Osborne___
Print Name

___608 N. Church St.___
Address (Required)

___Tuskegee   Al   36083___
City, State and Zip Code

___334-724-0107___
Day Phone no. – Include area code (Required)

___334-707-8314___
Evening phone no. – Include area code (Required)

___334-703-3199___
Mobile Phone – include area code

___louroz21060@bellsouth.net___
E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Morris Smith_, a current or former employee of Maximum
Efficiency Squared, LLC d/b/a  Bullock County Hospital (Bullock County Hospital). hereby consent to
become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated
damages,  minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et
seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock
County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the
reverse of this page.

Dated: _5/26/08_.

_Morris Smith_
Signature

_Morris Smith_
Print Name

_323 Ellis St._
Address (Required)

_Union Springs Ala, 36089_
City, State and Zip Code

_(334)-738-2100_
Day  Phone no. – Include area code (Required)

Evening phone no. – Include area code (Required)

Mobile Phone – include area code

E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*