IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

**V.**                                         **CIVIL ACTION NO. 2:07-CV-889-MEF**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
**d/b/a Bullock County Hospital,**

**DEFENDANT.**

### SECOND NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following

individual as opt-in Plaintiffs in this action (Exhibit A):

| | |
|---|---|
| Antoinette T. Anderson | Georgia Thornton |
| Earnestine Smart | Cynthia B. Turner |
| Nancy Smith | |
| Kevin Terrell | |

Respectfully submitted,

/s/ David R. Arendall

_____
David R. Arendall
Counsel for Plaintiff

1

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile

CERTIFICATE OF SERVICE

 I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

       /s/ David R. Arendall
       _____
       Of Counsel

# EXHIBIT A
# TO PLAINTIFF'S
# SECOND NOTICE OF
# FILING OF CONSENTS

Antoinette T. Anderson

Earnestine Smart

Nancy Smith

Kevin Terrell

Georgia Thornton

Cynthia B. Turner

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Antoinette T. Anderson__, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 05/29/08

*Antoinette Anderson*
Signature

Antoinette T. Anderson
Print Name

224 College Street
Address (Required)

Midway, Alabama  36053-0089
City, State and Zip Code

334/738-2860 Ext. 1017
Day Phone no. – Include area code (Required)

334/207-0611
Evening phone no. – Include area code (Required)

334/207-0611
Mobile Phone – include area code

aanderson@bullock.k12.al.us
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Earnestine Smart_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5-29-08_.

_Earnestine Smart_
Signature

_Earnestine Smart_
Print Name

_119 Bluff Cir_
Address (Required)

_Union Springs AL. 36089_
City, State and Zip Code

_(334) 738-4916_                            _Same as Day_
Day Phone no. – Include area code (Required)    Evening phone no. – Include area code (Required)

_(334) 782-1194_
Mobile Phone – include area code                E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Nancy Smith_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _5/31/08_

_Nancy Smith_
Signature

_Nancy Smith_
Print Name

_189 M+M Lane_
Address (Required)

_Union Springs AL 36089_
City, State and Zip Code

_(334) 318-6445_
Day Phone no. – Include area code (Required)

_(334) 738-2833_
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_Nancy.Smith81@yahoo.com_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Kevin Terrell, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 5/29/08

_Kevin Terrell_
Signature

Kevin Terrell
Print Name

2201 48th Street East APT 506
Address (Required)

Tuscaloosa, Alabama 35405
City, State and Zip Code

205-507-1122
Day Phone no. – Include area code (Required)

334-507-8768
Evening phone no. – Include area code (Required)

334-507-8768
Mobile Phone – include area code

K.Terrell
E-mail Address
kterrell08@yahoo.com

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Georgie Thornton__, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __5/22/08__.

__Georgie Thornton__
Signature

__Georgie Thornton__
Print Name

__802 Morningview Ct__
Address (Required)

__Union Springs, AL 36089__
City, State and Zip Code

__334-738-4232__                         __334 738-5425__
Day Phone no. – Include area code (Required)   Evening phone no. – Include area code (Required)

__334-707-0944__                         __NA__
Mobile Phone – include area code              E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Cynthia B. Turner, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 5-27-08

Signature: Cynthia B. Turner

Print Name: Cynthia B. Turner

Address (Required): 80 Ashley Lane

City, State and Zip Code: Union Springs, AL 36089

Day Phone no. – Include area code (Required): (334) 313-8353

Evening phone no. – Include area code (Required): (334) 738-5311

Mobile Phone – include area code: (334) 313-8353

E-mail Address:

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*