IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

**V.**  **CIVIL ACTION NO. 2:07-CV-889-MEF**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
**d/b/a Bullock County Hospital,**

**DEFENDANT.**

### THIRD NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A):

| | |
|---|---|
| Brenda Monroe Billups | Reshonda Nicole Monroe |
| Royzell Chambliss | |
| Anquanique Davis | |
| Kaneatria S. Davis | |

Respectfully submitted,

/s/ David R. Arendall
_____
David R. Arendall
Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile

CERTIFICATE OF SERVICE

     I hereby certify that on June 5, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

                                    /s/ David R. Arendall
                                    _____
                                    Of Counsel

# EXHIBIT A

# TO

# PLAINTIFF'S THIRD

# NOTICE OF FILING

# OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Brenda Monroe Billups, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: June 2, 08

Brenda Monroe Billups
Signature

Brenda Monroe Billups
Print Name

535 Mimosa Court
Address (Required)

Union Springs AL 36089
City, State and Zip Code

334-421-1743
Day Phone no. – Include area code (Required)

334-738-2933
Evening phone no. – Include area code (Required)

334-421-1743
Mobile Phone – include area code

E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Royzell Chambliss, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 5/28/08

_____
Signature

Royzell Chambliss
Print Name

P. O. Box 830873
Address (Required)

Tuskegee AL 36083
City, State and Zip Code

334 202 1412                             334 202 1412
Day Phone no. – Include area code (Required)   Evening phone no. – Include area code (Required)

334 202-1412
Mobile Phone – include area code          E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Anquanique Davis, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 5/28/08

Signature: Anquanique Davis

Print Name: Anquanique Davis

Address (Required): 1748l Hwy 29 South

City, State and Zip Code: Union Springs AL 36089

Day Phone no. – Include area code (Required): 334 738-2157

Evening phone no. – Include area code (Required): 334 738-2157

Mobile Phone – include area code: 334 740 9085

E-mail Address:

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _____, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 5-23-2008

_Kancatria S. Davis_
Signature

Kancatria S. Davis
Print Name

406 Hicks Industrial Blvd. Apt. B-5
Address (Required)

Union Springs AL 36089
City, State and Zip Code

334-738-8682
Day Phone no. – Include area code (Required)

334-430-5667
Evening phone no. – Include area code (Required)

334-430-5667
Mobile Phone – include area code

Ktricedavis@yahoo.com
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Reshonda Nicole Monroe, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: June 02, 2008

_Reshonda N. Monroe_
Signature

Reshonda Nicole Monroe
Print Name

535 Mimosa Apt. Union Springs, Al. 36089
Address (Required)

Union Springs, Al. 36089
City, State and Zip Code

(334) 401.1743 or (334) 614.4435
Day Phone no. – Include area code (Required)

(334) 738.0433 or (334) 738.3847
Evening phone no. – Include area code (Required)

(334) 614.4435
Mobile Phone – include area code

N/A
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*