IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

V.                                              CIVIL ACTION NO. 2:07-CV-889-MEF

**MAXIMUM EFFICIENCY SQUARED, LLC,**
d/b/a Bullock County Hospital,

**DEFENDANT.**

### FOURTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A):

| | |
|---|---|
| Tanika Holmes | Joyce Franklin Patterson |
| Zachery Johnson | |
| George H. Jones, Jr. | |
| Reggie P. Jones | |
| Felicia D. Mims | |

Respectfully submitted,

/s/ David R. Arendall

_____
David R. Arendall
Counsel for Plaintiff

1

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO PLAINTIFFS'

# FOURTH NOTICE OF

# FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Tanika Holmes_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _6/6/2008_

_Tanika Holmes_
Signature

_Tanika Holmes_
Print Name

_335 Lee Road 668_
Address (Required)

_Auburn, AL 36832_
City, State and Zip Code

_(334) 887-7867_
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Zachary Johnson__, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __6/3/08__.

__[signature]__
Signature

__Zachary Ulysses Johnson__
Print Name

__129 Montgomery Ave__
Address (Required)

__Union Spring ALA 36089__
City, State and Zip Code

__334-738-4527__                __334-738-2672__
Day Phone no. – Include area code (Required)    Evening phone no. – Include area code (Required)

_____                _____
Mobile Phone – include area code            E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _George H Jones Jr_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _June 4 2008_

_George H Jones Jr._
Signature

_George H Jones JR_
Print Name

_216 Lamar Rd_
Address (Required)

_Banks, Ala 36005_
City, State and Zip Code

_334 474 3471_
Day Phone no. – Include area code (Required)

_Same_
Evening phone no. – Include area code (Required)

_334 482 1087_
Mobile Phone – include area code

_GHJ36005@yahoo.com_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Reggie P. Jones, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: June 6 '08

Signature: Reggie Jones

Print Name: Reggie P. Jones

Address (Required): 512 Holcombe Ave E.

City, State and Zip Code: Union Springs AL. 36089

Day Phone no. – Include area code (Required): 334-738-4094

Evening phone no. – Include area code (Required): 334-703-9328

Mobile Phone – include area code: 334-703-9328

E-mail Address:

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Felicia D. Mims__, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __06-03-08__.

Signature: __Felicia D. Mims__

Print Name: __Felicia D. Mims__

Address (Required): __15 Jackson Circle Union Springs, AL 36089__

City, State and Zip Code: __Union Spgs, AL 36089__

Day Phone no. – Include area code (Required): __334 738-3955__

Evening phone no. – Include area code (Required): __334 738-2130 OR 334-207-6845__

Mobile Phone – include area code: __334 207-6845__

E-mail Address:

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Joyce Franklin Patterson, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 6-6-08

Joyce Franklin Patterson
Signature

Joyce Franklin Patterson
Print Name

2193 County Road 22
Address (Required)

Union Springs, Alabama 36089
City, State and Zip Code

334-738-3788
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

334-202-8956
Mobile Phone – include area code

Saltine e ustconline.Net
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*