**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

**V.**                                                   **CIVIL ACTION NO. 2:07-CV-889-MEF**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
**d/b/a Bullock County Hospital,**

**DEFENDANT.**

### FIFTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A):

| | |
|---|---|
| Leon Battle | Latona McCray |
| Janice M. Broaden | Krystal Youngblood |
| Olla B. Carter | |

Respectfully submitted,

/s/ David R. Arendall

_____

David R. Arendall
Counsel for Plaintiff

1

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO PLAINTIFF'S

# FIFTH NOTICE OF

# FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Leon Battle_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _6-12-08_.

_Leon Battle_
Signature

_Leon Battle_
Print Name

_285 Depot Street_
Address (Required)

_Midway AL, 36053_
City, State and Zip Code

_334-529-3212_
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_334-405-9675_
Mobile Phone – include area code

_bigbattle2003@msn.com_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Janice M. Broaden_, a current or <u>former</u> employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _6-6-08_.

_Janice M. Broaden_
Signature

_Janice M. Broaden_
Print Name

_P.O. Box 520 (This is my current address)_
Address (Required)

_Union Springs, AL 36089_
City, State and Zip Code

_(334) 738-4822_                          _(334) 738-4822_
Day Phone no. – Include area code (Required)   Evening phone no. – Include area code (Required)

_(334) 558-7770_                          _N/A_
Mobile Phone – include area code            E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Olla B. Carter__, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __6-5-08__

__Olla B. Carter__
Signature

__Olla B. Carter__
Print Name

__106 Rush Lane__
Address (Required)

__Union Springs, AL 36089__
City, State and Zip Code

__(334) 738-4305__
Day Phone no. – Include area code (Required)

__(334) 738-5239__
Evening phone no. – Include area code (Required)

__(334) 303-1798__
Mobile Phone – include area code

__Ollacarter@Yahoo.Com__
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, **Latona McCray**, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: **6/10/08**

Signature: **Latoria McCray**

Print Name: **Latoria McCray**

Address (Required): **611 Jones Street**

City, State and Zip Code: **Tuskegee, AL 36083**

Day Phone no. – Include area code (Required): **(334) 727-6331**

Evening phone no. – Include area code (Required): **(334) 703-2780**

Mobile Phone – include area code: **(334) 703-2780**

E-mail Address:

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Krystal Youngblood, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: May 2, 2008

Krystal Youngblood
Signature

Krystal Youngblood
Print Name

1406 Hicks Industrial Blvd Apt B4
Address (Required)

Union Springs Al 36089
City, State and Zip Code

334-750-8986
Day Phone no. – Include area code (Required)

334-509-4488
Evening phone no. – Include area code (Required)

none
Mobile Phone – include area code

www.Nashae84@yahoo.com
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*