IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

**V.**                                     **CIVIL ACTION NO. 2:07-CV-889-MEF**

**MAXIMUM EFFICIENCY SQUARED, LLC,**
**d/b/a Bullock County Hospital,**

**DEFENDANT.**

### SIXTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A):

Timika L. McClendon            Teleshia T. Wilson
Eddie Bea Scarver              Sally Larkins
Emma Baldwin                   Tawana Youngblood

Respectfully submitted,

/s/ David R. Arendall

David R. Arendall
Counsel for Plaintiff

1

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO PLAINTIFF'S

# SIXTH NOTICE OF

# FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Timika Jaskon McClendon, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: May 23, 2008

Timika L. McClendon
Signature

Timika L. McClendon
Print Name

61 Silver Lane
Address (Required)

Union Springs Alabama 36089
City, State and Zip Code

(334) 738-4780
Day Phone no. – Include area code (Required)

(334) 738-4780
Evening phone no. – Include area code (Required)

(334) 372-3119
Mobile Phone – include area code

timikamcclendon@yahoo.com
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _Eddie Bea. Scarver_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _6/27/08_

_Eddie Bea. Scarver_
Signature

_Eddie Bea. Scarver_
Print Name

_P.O. Box 5349_
Address (Required)

_Union Springs Al. 36089_
City, State and Zip Code

_334-738-3130_                    _334-738-8597_
Day Phone no. – include area code (Required)    Evening phone no. – Include area code (Required)

_334-405-9362_
Mobile Phone – include area code                E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Emma Baldwin_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _6/25/08_

_Emma Baldwin_
Signature

_Emma Baldwin_
Print Name

_489 Co. Rd 64_
Address (Required)

_Union Springs AL 36089_
City, State and Zip Code

_334-738-4269_
Day Phone no. – Include area code (Required)

_334-738-4269_
Evening phone no. – Include area code (Required)

_334-750-1634_
Mobile Phone – include area code

E-mail Address

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, Teleshia T. Wilson, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 6/25/08

_____
Signature

Teleshia T. Wilson
Print Name

2448 Lee Rd 27
Address (Required)

Opelika, AL 36804
City, State and Zip Code

334-749-1045
Day Phone no. – Include area code (Required)

334-745-4206
Evening phone no. – Include area code (Required)

334-750-0058
Mobile Phone – include area code

telewilson@hotmail.com
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, <u>Sally Larkins</u>, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: <u>June 12-08</u>.

<u>Sally Larkins</u>
Signature

<u>Sally Larkins</u>
Print Name

<u>23 Gold Circle</u>
Address (Required)

<u>Midway Al, 36053</u>
City, State and Zip Code

<u>334 738 1475</u>   <u>334-529-3759</u>
Day Phone no. – Include area code (Required)   Evening phone no. – Include area code (Required)

<u>334 707-6739</u>
Mobile Phone – include area code   E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, Tawana Youngblood, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 6-16-08

_Tawana Youngblood_
Signature

Print Name: Tawana Youngblood

Address (Required): 126 Co Rd 191

City, State and Zip Code: Union Spring, AL 36089

Day Phone no. – Include area code (Required): (334) 738-5368

Evening phone no. – Include area code (Required): (334) 738-5368

Mobile Phone – include area code: (334) 359-8277

E-mail Address:

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*