IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

**V.**  CIVIL ACTION NO. 2:07-CV-889-MEF

**MAXIMUM EFFICIENCY SQUARED, LLC,**
d/b/a Bullock County Hospital,

**DEFENDANT.**

## SEVENTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A):

Mary E. Bethune
Kimberly D. Fields

Respectfully submitted,

/s/ David R. Arendall

David R. Arendall
Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO

# SEVENTH NOTICE OF

# FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Kimberly D. Fields__ a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __7/3/08__

__Kimberly D. Fields__
Signature

__Kimberly D Fields__
Print Name

__614 W. Boundary St #3__
Address (Required)

__Dalton, Ga. 30721__
City, State and Zip Code

__706 218-5043__                              __Same__
Day Phone no. – Include area code (Required)    Evening phone no. – Include area code (Required)

__Same__                                        __Byang-diane@yahoo.com__
Mobile Phone – include area code                 E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __MARY E. Bethune__, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __6/25/08__

__Mayla Bethune__
Signature

__MARY E. Bethune__
Print Name

__1075 Sardis Rd A-10__
Address (Required)

__Union Springs, AL 36089__
City, State and Zip Code

__(334) 738-8098__
Day Phone no. – Include area code (Required)

__(334) 738-8098__
Evening phone no. – Include area code (Required)

__(334) 738 239-1684__
Mobile Phone – include area code

__Marysbright@yahoo.com__
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*