IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL BROWN, et al,

PLAINTIFF,

V.   CIVIL ACTION NO. 2:07-CV-889-MEF

MAXIMUM EFFICIENCY SQUARED, LLC,
d/b/a Bullock County Hospital,

DEFENDANT.

## EIGHTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A):

Tawanda S. Hill
Courtney L. Hurt
Susie M. Russell

> Respectfully submitted,
>
> /s/ David R. Arendall
>
> _____
>
> David R. Arendall
> Counsel for Plaintiff

1

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EIGHTH NOTICE

# OF FILING OF

# CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Tawanda S. Hill, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 et seq., and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 7/28/2008

_____
Signature

Tawanda S. Hill
Print Name

P.O. Box 715
Address (Required)

Union Springs, AL 36089
City, State and Zip Code

Same as Mobile                          (334) 738-5625 ext. 136
Day Phone no. – Include area code (Required)    Evening phone no. – Include area code (Required)

(205) 907-6688                          thill36053@yahoo.com
Mobile Phone – include area code         E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Courtney L. Wurt, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: July 29 2008

_Courtney Wurt_
Signature

_Courtney L. Wurt_
Print Name

_77 Holly St. (P.O. Box 215) Midway AL 36053_
Address (Required)

_Midway AL, 36053_
City, State and Zip Code

_334 529 3270_
Day Phone no. – Include area code (Required)

_both_
Evening phone no. – Include area code (Required)

_334 685 4586_
Mobile Phone – include area code

_cleighwrt@hotmail.com_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Susie M. Russell_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7-20-08_

_Susie M. Russell_
Signature

_Susie M. Russell_
Print Name

_3047 Lee Loop Rd_
Address (Required)

_Union Springs, Al. 36089_
City, State and Zip Code

_334-738-3711_ or
Day Phone no. – Include area code (Required)

_Cell 334-207-9050_
Evening phone no. – Include area code (Required)

_N/A_
Mobile Phone – include area code

_N/A_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*