**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Brown v. Maximum Efficiency Squared, LLC

**Case Number:** 2:07-cv-00889-MEF

Referenced Pleading -   NOTICE by Michael Brown  of Filing of Consents - EIGHTH    - **Doc. 52**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL BROWN, et al,

PLAINTIFF,

V.                                         CIVIL ACTION NO. 2:07-CV-889-MEF

MAXIMUM EFFICIENCY SQUARED, LLC,
d/b/a Bullock County Hospital,

DEFENDANT.

### EIGHTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A):

Tawanda S. Hill
Courtney L. Hurt
Susie M. Russell

Respectfully submitted,

/s/ David R. Arendall

David R. Arendall
Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EIGHTH NOTICE

# OF FILING OF

# CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Tawanda S. Hill__, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __7/28/2008__.

_____
Signature

__Tawanda S. Hill__
Print Name

__P.O. Box 715__
Address (Required)

__Union Springs, AL 36089__
City, State and Zip Code

__Same as Mobile__          __(334) 738-5625 ext. 136__
Day Phone no. – Include area code (Required)   Evening phone no. – Include area code (Required)

__(205) 907-6688__          __thill36053@yahoo.com__
Mobile Phone – include area code          E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Courtney L. Wurt, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: July 29 2008

_Courtney Wurt_
Signature

Courtney L. Wurt
Print Name

77 Holly St. (P.O. Box 215) Midway AL 36053
Address (Required)

Midway AL, 36053
City, State and Zip Code

334 529 3270
Day Phone no. – Include area code (Required)

both
Evening phone no. – Include area code (Required)

334 685 4586
Mobile Phone – include area code

cleighwrt@hotmail.com
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Susie M. Russell_, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7-20-08_

_Susie M. Russell_
Signature

_Susie M. Russell_
Print Name

_3047 Lee Loop Rd_
Address (Required)

_Union Springs, AL 36089_
City, State and Zip Code

_334-738-3711_ or
Day Phone no. – Include area code (Required)

_Cell 334-207-9050_
Evening phone no. – Include area code (Required)

_N/A_
Mobile Phone – include area code

_N/A_
E-mail Address

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*