IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL BROWN, et al,

PLAINTIFF,

V.                                    CIVIL ACTION NO. 2:07-CV-889-MEF

MAXIMUM EFFICIENCY SQUARED, LLC,
d/b/a Bullock County Hospital,

DEFENDANT.

## NINTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A): Mildred Bronson

Respectfully submitted,

/s/ David R. Arendall

David R. Arendall
Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO NINTH NOTICE

# OF FILING OF

# CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Mildred Bronson, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital), hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 8-11-08

Signature: Mildred Bronson

Print Name: Mildred Bronson

Address (Required): 4057 County Rd 31

City, State and Zip Code: Union Springs, ALA. 36089

Day Phone no. – Include area code (Required): 1334-738-3436

Evening phone no. – Include area code (Required): 1-334 738-3436

Mobile Phone – include area code:

E-mail Address:

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*