IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MICHAEL BROWN, et al,**

**PLAINTIFF,**

**V.**  CIVIL ACTION NO. 2:07-CV-889-MEF

**MAXIMUM EFFICIENCY SQUARED, LLC,**
d/b/a Bullock County Hospital,

**DEFENDANT.**

### TENTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Come now the Plaintiffs in the above matter and files the Consents of the following individual as opt-in Plaintiffs in this action (Exhibit A): Eboni Nicole McBryde (with copy of envelope dated August 14, 2008 to prove date of mailing).

Respectfully submitted,

/s/ David R. Arendall

David R. Arendall
Counsel for Plaintiff

1

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  M. Jefferson Starling, III

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO PLAINTIFFS'

# TENTH NOTICE

# OF FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, **Eboni McBryde**, a current or former employee of Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital (Bullock County Hospital). hereby consent to become a party plaintiff in a lawsuit against Bullock County Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against Bullock County Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: **8-14-08**

Signature: **Eboni Nicole McBryde**

Print Name: **Eboni McBryde**

Address (Required): **180 Sun Circle**

City, State and Zip Code: **Tuskegee, AL. 36083**

Day Phone no. – Include area code (Required): **334-421-7122**

Evening phone no. – Include area code (Required): **334-740-2249**

Mobile Phone – include area code: **334-740-2249**

E-mail Address:

*Brown v. Maximum Efficiency Squared, LLC d/b/a Bullock County Hospital*

Eboni Nicole McBryde
c/o Clennie L. McBryde
180 Sud Circle
Wetoger, Al. 36083

Arendall & Associates
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203